IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Case No. SAG-12-0002 |
| | * | |
| MATTHEW CRAIGHEAD | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM AND ORDER

Now pending is Matthew Craighead's pro se Motion for Compassionate Release. ECF 27. Craighead argues he is eligible for compassionate release due to his underlying health condition (bronchitis) and a positive test result for COVID-19 on November 9, 2020, which he asserts places him at high risk of serious illness related to COVID-19. But Craighead does not provide medical records or other documentation of an underlying health condition that would support his claim, nor does he provide any evidence of administrative exhaustion. The court is thus without sufficient evidence to consider Craighead's motion. Accordingly, Craighead's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED WITHOUT PREJUDICE.

So Ordered this __5th__ day of February 2021.

_____/s/_____
Stephanie A. Gallagher
United States District Judge

1