IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Crim. Case No.: SAG-12-00002 |
| | * | |
| **MATTHEW CRAIGHEAD,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION

Matthew Craighead has filed a motion for compassionate release, seeking a reduction of his sentence by 22 months. Looking first at whether Mr. Craighead has set forth an "extraordinary and compelling reason" justifying further consideration of his petition, this Court notes the highly unique set of circumstances in this case, in which multiple sentencing judges for more than a decade have tried to ensure that Mr. Craighead's sentence will run from the date of his original incarceration on state charges. In this case alone, then, and recognizing the Government's unusual position deferring to the Court on this matter, this Court deems those facts to present an extraordinary and compelling reason warranting consideration of compassionate release. Moreover, the same 18 U.S.C. § 3553(a) factors that supported the sentence of 188 months imposed originally support a reduced sentence of 166 months now, because consideration of those factors will result in Mr. Craighead's release on the date contemplated by the original sentencing judge and the judge who issued two amended judgments, ECF 20, 22, modifying the sentence, without success, to effect the original release date, ECF 16.

This Court therefore will grant Mr. Craighead's motion for compassionate release, ECF 45, and will enter an amended judgment reducing Mr. Craighead's sentence to 166 months of incarceration.

March 21, 2023 /s/
Date Stephanie A. Gallagher
United States District Judge